**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

**HANK ATWELL,**

      **Plaintiff,**

**v.**                                                                          **Civil Action No. 3:22-cv-00017**

**BIMBO BAKERIES USA, INC.,
a Delaware Corporation;
JOHN DOE and JANE DOE, unknown
employees or officers of Bimbo Bakeries USA, Inc.;
and DOE CORPORATION, an unknown private
business organization,**

      **Defendants.**

## STIPULATION OF DISMISSAL

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Hank Atwell and Defendant Bimbo Bakeries USA, Inc., by their undersigned counsel, hereby STIPULATE and AGREE to the dismissal of this action with prejudice. The parties further stipulate that each side shall bear its own costs of litigation and attorneys' fees.

      Respectfully submitted this 18th day of April, 2022.

AGREED TO BY:

_/s/ Larry J. Rector_
Larry J. Rector          (WVSB # 6418)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183

Michael J. Puma (*Pro Hac Vice forthcoming*)
MORGAN, LEWIS & BOCKIUS LLP

14543432

1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5305
Facsimile: (215) 963-5001

*Counsel for Defendant*
*Bimbo Bakeries, USA, Inc.*


*/s/  Stephen P. New*
Stephen P. New        (WVSB # 7756)
Amanda J. Taylor      (WVSB # 11635)
NEW, TAYLOR & ASSOCIATES
430 Harper Park Drive
Beckley, WV 25801
Telephone: (304) 250-6017
Facsimile: (304) 250-6012

*Counsel for Plaintiff*


*/s/  Anthony J. Majestro*
Anthony J. Majestro          (WVSB # 5165)
POWELL & MAJESTRO
405 Capitol Street
Suite P-1200
Charleston, WV 25301
Telephone: (304) 346-2889
Facsimile: (304) 346-2895

*Counsel for Plaintiff*

2

14543432

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of April, 2022, I served the foregoing

"*Stipulation of Dismissal*" with the Clerk of Court using the CM/ECF system, which will send

notice of the same to the following counsel:

| | |
|---|---|
| Stephen P. New | Anthony J. Majestro |
| Amanda J. Taylor | POWELL & MAJESTRO |
| NEW, TAYLOR & ASSOCIATES | 405 Capitol Street |
| 430 Harper Park Drive | Suite P-1200 |
| Beckley, WV 25801 | Charleston, WV 25301 |

/s/ Larry J. Rector
Larry J. Rector          (WVSB # 6418)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183

*Counsel for Defendant*

3

14543432